**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Phoenix 1040 LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-3032550 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>1550 McKelleps Road<br>Suite 117<br>Mesa, AZ 85203<br>Number, Street, City, State & ZIP Code<br><br>Maricopa<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://amerifirstloan.com/ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **Phoenix 1040 LLC** _____   Case number (*if known*) _____
       Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6163__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. Check **all** that apply:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

Debtor **Phoenix 1040 LLC**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Schedule 1**     Relationship
District         When         Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency
         Contact name
         Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Phoenix 1040 LLC**  
Name

Case number (*if known*)

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>■ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Phoenix 1040 LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 24, 2023**
MM / DD / YYYY

X **/s/ T. Scott Avila**
Signature of authorized representative of debtor

**T. Scott Avila**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Laura Davis Jones**
Signature of attorney for debtor

Date **August 24, 2023**
MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name

**919 North Market Street**
**17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-652-4100**    Email address **ljones@pszjlaw.com**

**2436 DE**
Bar number and State

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 5

## SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have moved for joint administration of these cases for procedural purposes only under the case number assigned to the chapter 11 case of AmeriFirst Financial, Inc.

1. Phoenix 1040 LLC
2. AmeriFirst Financial, Inc.

## WRITTEN CONSENT OF THE SOLE MEMBER OF PHOENIX 1040 LLC

Effective as of August 24, 2023

The undersigned, being the sole member (the "**Sole Member**") of **PHOENIX 1040 LLC**, a Delaware limited liability company (the "**Company**"), pursuant to laws of the state of Delaware, does hereby consent to the adoption of the resolutions set forth below with the same force and effect as though adopted at a meeting duly called and held for the purpose of acting upon proposals to adopt such resolutions, and directs that this Written Consent of Sole Member be filed in the records of the Company.

WHEREAS, the Sole Member has reviewed the materials presented by the management of and the advisors to the Company regarding the possible need to restructure the Company, and has analyzed each of the strategic alternatives available to it, and the impact of the foregoing on the Company's business and its stakeholders;

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Sole Member, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED, that the officers of the Company (each, an "**Authorized Officer**") be, and each of them hereby is, authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Officer deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Pachulski Stang Ziehl & Jones LLP ("**PSZ&J**") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PSZ&J;

RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED, that the Authorized Officers of the Company be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, the Authorized Officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED, that in the judgment of the Sole Member it is desirable and in the best interests of the Company that the Company conduct an orderly liquidation of substantially all of its assets and, therefore, the Company is hereby authorized to enter into one or more asset purchase agreements and/or take other appropriate actions to effectuate such orderly liquidation on such terms that management determines will maximize value, and the Company is further authorized to file one or more motions to approve any such sales and for any related relief, or to approve sales of assets to a higher and better bidder, and to close such sale(s) or transactions, subject to Bankruptcy Court approval in the Company's chapter 11 proceeding;

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a chapter 11 plan and related disclosure statement; and

RESOLVED, that any and all actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects;

RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the Authorized Officers be and hereby are, authorized and empowered on behalf of, and in the name of, the Company, to negotiate, execute and deliver a cash collateral arrangement and/or debtor-in-possession loan facility and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as such officers consider appropriate) on the terms and conditions such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates.

**SOLE MEMBER:**

PHOENIX 1040 HOLDINGS LLC

By:   /s/ David Sloane
       Name: David Sloane
       Title: Managing Director

**Fill in this information to identify the case:**

Debtor name: AmeriFirst Financial, Inc., *et al.*

United States Bankruptcy Court for the District of _____ (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis)    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. 590 MADISON AVE. FLOOR 29 NEW YORK, NY 10022 | Peter Aberg Peter.aberg@reverencesapital.com | Bond Debt (Partially Secured) | U | | | $17,900,893 |
| 2. | RCP Customized Credit Fund (Fund IV-A), L.P. 590 MADISON AVE. FLOOR 29 NEW YORK, NY 10022 | Peter Aberg Peter.aberg@reverencesapital.com | Bond Debt (Partially Secured) | U | | | 5,966,964 |
| 3. | WELLS FARGO BANK, N.A. 420 MONTGOMERY ST. SAN FRANCISCO, CA 94104 | | Trade Debt | U | | | 1,086,315 |
| 4. | US BANK PO BOX 1950 ST. PAUL, MN 55101 | | Trade Debt | U | | | 463,165 |
| 5. | LAKEVIEW LOAN SERVICING, LLC 4425 PONCE DE LEON MS 5-251 CORAL GABLES, FL 33146 | | Trade Debt | U | | | 431,045 |
| 6. | FARHANG AND MEDCOFF 4201 N 24TH ST. PHOENIX, AZ 85016 | | Professional Services | | | | 425,166 |
| 7. | TRUIST BANK 214 N TRYON ST. SUITE 3 CHARLOTTE, NC 28202 | | Trade Debt | U | | | 417,538 |

Debtor  AmeriFirst Financial, *et al.*  
      Name

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8. PARAGON MICRO INC  1711 W GREENTREE DR.  TEMPE, AZ 85284 | | Trade Debt | | | | 369,975 |
| 9. JPMCB  270 PARK AVE.  NEW YORK, NY 10017 | | Trade Debt | | | | 339,942 |
| 10. KASOWITZ BENSON TORRES LLP  1633 BROADWAY  NEW YORK, NY 10019 | | Professional Services | | | | 187,386 |
| 11. CIT  75 N FAIR OAKS AVE.  SUITE C  PASADENA, CA 91103 | | Equipment Lease | D | | | 167,689 |
| 12. TOTAL EXPERT  1600 UTICA AVE. S  MINNEAPOLIS, MN 55416 | | Trade Debt | D | | | 166,264 |
| 13. QUARLES & BRADY LLP  2 N CENTRAL AVE. #3  PHOENIX, AZ 85004 | | Professional Services | | | | 142,077 |
| 14. UNITED HEALTHCARE  9700 HEALTH CARE LN.  MINNETONKA, MN 55343 | | Employee Benefits | | | | 103,454 |
| 15. TRACY KEARNS  [ADDRESS REDACTED] | | Profit Sharing | | | | 102,365 |
| 16. PHOENIX ARENA DEVELOPMENT, LP  201 E JEFFERESON ST.  PHOENIX, AZ 85004 | | Trade Debt | | | | 95,608 |
| 17. EL CAMINO REAL BUILDING | | Real Property Lease | D | | | 93,000 |
| 18. THE LAW OFFICE OF JEFF A. GEORGE, APC  14071 PEYTON DR. #2710  CHINO HILLS, CA 91709 | | Professional Services | | | | 85,463 |
| 19. DB TRUST CO. AMERICAS  1761 E ST ANDREW PLACE  SANTA ANA, CA 92705 | | Trade Debt | | | | 76,530 |

Debtor  AmeriFirst Financial, *et al.* Case 23-11239-TMH   Doc 1   Filed 08/24/23   Page 12 of 20
Name
Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20. OPTIMAL BLUE, LLC<br>5340 LEGACY DR.<br>BLDG 2<br>2ND FLOOR<br>PLANO, TX 75024 | | Trade Debt | | | | 71,896 |
| 21. ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES<br>333 E OSBORN RD.<br>SUITE 100, 270, AND 300<br>PHOENIX, AZ 85012 | | Trade Debt | | | | 66,367 |
| 22. ASSIMILATE SOLUTIONS<br>TOWER 49<br>12 E 49TH ST.<br>34TH FLOOR<br>NEW YORK, NY 10017 | | Trade Debt | | | | 62,432 |
| 23. ARIVS<br>1930 N ARBOLEDA RD<br>MESA, AZ 85213 | | Trade Debt | | | | 44,150 |
| 24. EXPERIAN | | Trade Debt | | | | 40,677 |
| 25. MOURIER LAND INVESTMENT CORPORATION<br>1430 BLUE OAKS BLVD.<br>SUITE 190<br>ROSEVILLE, CA 95747 | | Real Property Lease | D | | | 40,000 |
| 26. CLEARCOMPANY HRM<br>200 CLARENDON ST.<br>49TH FLOOR<br>BOSTON, MA 02116 | | Trade Debt | D | | | 37,290 |
| 27. COUSINS FUND II PHOENIX III, LLC<br>3800 N CENTRAL AVE.<br>SUITE 460<br>PHOENIX, AZ 85012 | | Real Property Lease | | | | 33,347 |
| 28. MORTGAGE COACH<br>PO BOX 112<br>CORONA, CA 92878 | | Trade Debt | D | | | 30,625 |
| 29. FLOIFY<br>1630A 30TH ST.<br>SUITE 120<br>BOULDER, CO 80301 | | Trade Debt | D | | | 30,601 |

Debtor  AmeriFirst Financial, *et al.*  Case number (*if known*)_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 | LANE POWELL<br>1420 5TH AVE.<br>SUITE 4200<br>SEATTLE, WA 98101 | | Professional Services | | | | 30,047 |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PHOENIX 1040 LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. __-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

        Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned authorized officer of the above-captioned Debtor, certifies that the following is a corporation other than the Debtor, or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1.

☐ None [*check if applicable*]

    Name:         RCP Credit Opportunities Fund Loan SPV (Fund III), L.P.
    Address:     590 Madison Ave.
                    29th Floor
                    New York, NY 10022

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PHOENIX 1040 LLC, | Case No. __-_____ (___) |
| Debtor. | |

**LIST OF EQUITY SECURITY HOLDERS**

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. | 590 Madison Ave.<br>29th Floor<br>New York, NY 10022 | 100% |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PHOENIX 1040 LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. __-_____ (___) |

**CERTIFICATION OF CREDITOR MATRIX**

      Pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the above captioned debtor and its affiliated debtors in possession (collectively, the "Debtors")[1] hereby certify that the *Creditor Matrix* submitted herewith contains the names and addresses of the Debtors' creditors. To the best of the Debtors' knowledge, the *Creditor Matrix* is complete, correct, and consistent with the Debtors' books and records.

      The information contained herein is based upon a review of the Debtors' books and records as of the petition date. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Creditor Matrix* have been completed. Therefore, the listing does not, and should not, be deemed to constitute: (1) a waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers include: Phoenix 1040 LLC (2550) and AmeriFirst Financial, Inc. (4557). The Debtors' service address is 1550 McKelleps Road, Suite 117, Mesa, AZ 85203.

| Consolidated Creditor Matrix | |
|---|---|
| Name | Address |
| 4G BUSINESS SOLUTIONS, INC | |
| ACADEMY MORTGAGE CORPORATION | |
| ADVANTAGE PLUS CREDIT REPORTING, INC. | |
| ADVANTAGE SYSTEMS, INC. | |
| ALTISOURCE HOLDINGS, LLC | |
| ALTURAS STANFORD | |
| AMERICAN PACIFIC MORTGAGE | |
| AMERIHOME MORTGAGE COMPANY, LLC | |
| ANNUAL REGISTRATION MANAGEMENT SERVICES, LLC | |
| ARIVS | |
| ARIZONA ACADEMY OF REAL ESTATE INC | |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES | |
| ASSIMILATE SOLUTIONS | |
| BENSON SYSTEMS | |
| BLACK KNIGHT TECHNOLOGIES, LLC | |
| BUCHALTER | |
| CAPITAL INSURANCE SERVICES | |
| CENTURYLINK | |
| CISCO CREDIT INFORMATION SERVICES COMPANY | |
| CIT | |
| CITY OF MESA CUSTOMER SERVICE | |
| CLEARCAPITAL.COM INC | |
| CLEARCOMPANY HRM | |
| CLIX MARKETING GROUP INC | |
| COMCAST. | |
| CORELOGIC CREDCO LLC | |
| CORELOGIC SOLUTIONS, LLC | |
| COSOL PROPERTY MANAGEMENT | |
| COUSINS FUND II PHOENIX III, LLC | |
| COX COMMUNICATIONS | |
| DAMONTEK | |
| DATAVERIFY | |
| DB TRUST CO. AMERICAS | |
| DIGITECH OFFICE EQUIPMENT | |
| EL CAMINO REAL BUILDING | |
| EXPERIAN | |
| FARHANG AND MEDCOFF | |
| FEDEX | |
| FIRST AMERICAN DATA TREE, LLC | |
| FIRST AMERICAN MORTGAGE SOLUTIONS, LLC | |
| FLOIFY | |
| FREEDOM MORTGAGE CORP | |
| GERACI LEGAL CORPORATION | |
| GOS PRODUCTS FOR BUSINESS | |
| GOTO TECHNOLOGIES USA, INC. | |
| HARRIS PARK PROFESSIONAL PLAZA | |
| HULL BARRETT, PC | |
| JPMCB | |
| KASOWITZ BENSON TORRES LLP | |
| LAKEVIEW LOAN SERVICING, LLC | |
| LANE POWELL | |
| LEGALSHIELD | |
| LES EXTENSION, LLC | |
| LESLIE BROOKS GRIFFITH PLLC | |
| MANSPERGER PATTERSON & MCMULLIN PLC | |
| MASS MUTUAL | |
| MERSCORP HOLDINGS, INC | |
| MORTGAGE COACH | |
| MORTGAGE COLLABORATIVE COOPERATIVE | |
| MORTGAGE REFERENCES INC. | |
| MOURIER LAND INVESTMENT CORPORATION | |
| NAVESINK MORTGAGE SERVICES LLC | |
| NEWREZ, LLC | |
| NORTH CAROLINA DEPARTMENT OF REVENUE | |
| NORTH SCOTTSDALE GATEWAY, LLC | |

OCL FINANCIAL SERVICES LLC
ONSITE BUSINESS SERVICE, LLC
OPTIMAL BLUE
OPTIMAL BLUE, LLC
PACIFIC OFFICE AUTOMATION
PARAGON MICRO INC
PARKS COFFEE
PENNYMAC CORP.
PG&E
PHOENIX ARENA DEVELOPMENT, LP
PROSHRED SECURITY
QC ALLY, LLC
QUADIENT FINANCE USA, INC
QUARLES & BRADY LLP
REVERSEVISION, INC
RICHEY MAY & CO
ROBINSON GROUP REALTY
SILVERWORK SOLUTIONS LLC
SYNERGI PARTNERS INC
TALISMAN MARKETING CONSULTING, LLC
TALX CORPORATION
THE HARTFORD
THE LAW OFFICE OF JEFF A. GEORGE, APC
TIDE POOL ENTERPRISES INC
TIEMPO DEVELOPMENT LLC
TOTAL EXPERT
TRACY KEARNS
TRUIST BANK
U.S. BANK THIRD PARTY LENDING
UKG INC.
ULINE
UNIQUE SECURITY, INC.
UNITED HEALTHCARE
UNIVOIP INC
US BANK
VAR TECHNOLOGY FINANCE
VERI-TAX
WELLS FARGO BANK, N.A.
WELLS FARGO FINANCIAL LEASING
WRIGHT, FINLAY & ZAK, LLP
WSFS BANK
XACTUS
Eric Bowlby
Kenneth Bowlby
Erik Lutz
Fred Kron
Andrew Platt
Robin Kasitz
Peter Maniccia
Kelly Powers
Brittney Stratton
Jamieson Breuker
Benjamin Jones
Kristine Pelatt
Caroline Kelly
Alexandria Orth
Christina Castrellon
Edward Consalvi
Manuel Padro
Jennifer Kennedy
Kenneth Wigley
Sharicka McHenry
Leslie Robles
Patricia D'Pulos
Brittney Iannacone
Cameron Odle
Patricia Luna
Tasha Christenson

| | |
|---|---|
| Linda Welsch | |
| Randall Kocinski | |
| Cheryl Printz | |
| LaVonne Giacomini | |
| Samantha Kimbrell | |
| Sara Olmedo | |
| Sead Bahor | |
| Kelly Littrell | |
| Ted Wilkinson | |
| Delora Bearden | |
| Lindsey Warren | |
| Shelley Wilson | |
| Emily Norton | |
| Madonna Radeff | |
| Mary Johnson | |
| Ruth Alcorn | |
| Steven Larsen | |
| Luis Tiscareno | |
| Brianne Taylor | |
| Ivan Tiscareno | |
| Larissa Lewis | |
| Rogelio Sanchez | |
| Letisha Merritt | |
| Shair Riebli-Hull | |
| Renee Zabel | |
| Colby Barnes | |
| Kenneth Staker | |
| Craig Willis | |
| Heber Schnebly | |
| Tessa Carter | |
| Judith Gould | |
| TEXAS CAPITAL BANK | |
| Origin Bank | |
| Alliance Bank of Arizona | 2701 E Camelback Rd., Suite 110, Phoenix, AZ 85016 |
| Flagstar Bank | 301 W Michigan Ave, Jackson MI 49201 |
| Veritex Community Bank | |
| JVB Financial | |
| Alliance Bank of Arizona | 2701 E Camelback Rd., Suite 110, Phoenix, AZ 85016 |
| BMO Harris Bank N.A. | P.O. Box 94033 Palatine, IL 60094-4033 |
| Chase Bank | 2509 S Power Rd, Suite 103, Mesa AZ 85209 |
| Flagstar Bank | 301 W Michigan Ave, Jackson MI 49201 |
| Wells Fargo | P.O. Box 6995 Portland, OR 97228-6995 |
| FHLMC | |
| FNMA | |
| GNMA | |
| Mourier Land Investment Corporation | |
| El Camino Real Building | |
| Alturas Stanford - Was BRI 1871 Stanford, LLC | |
| Cousins Fund II Phoenix III, LLC - was Cousins Realty Servies, LLC | |
| HARRIS PARK | |
| Regus | |
| Premier Business Centers | |
| 275 Rivulon Blvd., LLC | |
| Academy Mortgage | |
| CoSol Property Management, Inc | |
| Robinson Group Realty | |
| United Insurance Company of America | |
| RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. | 590 Madison Ave., Fl. 29, New York, NY 10022 |
| RCP Customized Credit Fund (Fund IV-A), L.P. | 590 Madison Ave., Fl. 29, New York, NY 10022 |

**Fill in this information to identify the case:**

Debtor name: **Phoenix 1040 LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Corporate Ownership Statement; List of Equity Security Holders; and Certification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2023**          X  **/s/ T. Scott Avila**
                                              Signature of individual signing on behalf of debtor

                                              **T. Scott Avila**
                                              Printed name

                                              **Chief Restructuring Officer**
                                              Position or relationship to debtor