**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PHOENIX 1040 LLC, | ) ) | Case No. 23-11239 (TMH) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. 93-3032550 | ) ) |  |
| In re: | ) ) | Chapter 11 |
| AMERIFIRST FINANCIAL, INC., | ) ) | Case No. 23-11240 (TMH) |
| Debtor. | ) ) ) |  |
| Tax I.D. No. 86-0634557 | ) |  |

**NOTICE OF STATUS CONFERENCE**

---

**THE STATUS CONFERENCE WILL BE CONDUCTED VIA ZOOM.  ANY PARTY WISHING TO PARTICIPATE MUST REGISTER THROUGH ZOOM.**

**When registering, please copy and paste the below link to your browser.
All individuals participating must register by
August 28, 2023 at 4:00 p.m. (ET) at the link below.**

**Registration Link:**

https://protect-us.mimecast.com/s/kwVHC1w9PwfE3jZ5fLckaD

**After registering, you will receive a confirmation email
containing information about joining.**

**PLEASE NOTE: COURTCALL WILL NOT BE USED FOR THIS HEARING.**

---

**PLEASE TAKE NOTICE** that a status conference has been scheduled for

**August 29, 2023 at 1:00 p.m. prevailing Eastern Time** before the Honorable Thomas M.

Horan, United States Bankruptcy Court Judge at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

Dated: August 25, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Proposed Counsel to the Debtors and Debtors in Possession*