## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PHOENIX 1040 LLC, | ) Case No. 23-11239 (TMH) |
| | ) |
| Debtor. | ) **Re: Docket No. 3** |
| | ) |
| Tax I.D. No. 93-3032550 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMERIFIRST FINANCIAL, INC., | ) Case No. 23-11240 (TMH) |
| | ) |
| Debtor. | ) **Re: Docket No. 3** |
| | ) |
| Tax I.D. No. 86-0634557 | ) |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 25th day of August, 2023, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Status Conference**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)

Phoenix 1040 LLC 2002 Service List
EXPEDITED
Case No. 23-11239 (TMH)
Document No. 244422
02 – Express Mail
25 – Overnight Delivery
18 – Electronic Mail


*(Counsel to Debtors)*
Laura Davis Jones, Esquire, Timothy P.
Cairns, Esquire, Mary F. Caloway, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
**Email:  ljones@pszjlaw.com;
tcairns@pszjlaw.com;
mcaloway@pszjlaw.com**

*(Counsel to Debtors)*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  94111
**Email:  dbertenthal@pszjlaw.com**

***EXPRESS MAIL***
*(Top Creditor)*
US Bank
PO Box 1950
St. Paul, MN 55101

***EXPRESS MAIL***
*(Top Creditor)*
Mortgage Coach
PO Box 112
Corona, CA 92878

***OVERNIGHT DELIVERY***
Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104

***OVERNIGHT DELIVERY***
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Lakeview Loan Servicing, LLC
4425 Ponce De Leon
MS 5-251
Coral Gables, FL 33146

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Farhang And Medcoff
4201 N 24th  Street
Phoenix, AZ 85016

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Truist Bank
214 N Tryon Street, Suite 3
Charlotte, NC 28202

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Paragon Micro Inc.
1711 W Greentree Drive
Tempe, AZ 85284

***OVERNIGHT DELIVERY***
*(Top Creditor)*
JPMCB
270 Park Avenue
New York, NY 10017

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019

***OVERNIGHT DELIVERY***
*(Top Creditor)*
CIT
75 N Fair Oaks Avenue, Suite C
Pasadena, CA 91103

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Total Expert
1600 Utica Avenue S
Minneapolis, MN 55416

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Quarles & Brady LLP
2 N Central Avenue #3
Phoenix, AZ 85004

***OVERNIGHT DELIVERY***
*(Top Creditor)*
United Healthcare
9700 Health Care Lane
Minnetonka, MN 55343

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Phoenix Arena Development, LP
201 E Jeffereson Street
Phoenix, AZ 85004

***OVERNIGHT DELIVERY***
*(Top Creditor)*
The Law Office of Jeff A. George, APC
14071 Peyton Drive
#2710
Chino Hills, CA 91709

***OVERNIGHT DELIVERY***
*(Top Creditor)*
DB Trust Co. Americas
1761 E St Andrew Place
Santa Ana, CA 92705

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Optimal Blue, LLC
5340 Legacy Drive
Bldg 2, 2nd Floor
Plano, TX 75024

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Arthur J. Gallagher Risk Management
Services
333 E Osborn Road
Suite 100, 270, And 300
Phoenix, AZ 85012

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Assimilate Solutions
Tower 49
12 E 49th Street, 34th Floor
New York, NY 10017

***OVERNIGHT DELIVERY***
*(Top Creditor)*
ARIVS
1930 N Arboleda Road
Mesa, AZ 85213

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Mourier Land Investment Corporation
1430 Blue Oaks Boulevard, Suite 190
Roseville, CA 95747

***OVERNIGHT DELIVERY***
*(Top Creditor)*
Clearcompany HRM
200 Clarendon Street, 49th Floor
Boston, MA 02116

*OVERNIGHT DELIVERY*
*(Top Creditor)*
Cousins Fund II Phoenix III, LLC
3800 N Central Avenue, Suite 460
Phoenix, AZ 85012

*OVERNIGHT DELIVERY*
*(Top Creditor)*
Floify
1630a 30th Street, Suite 120
Boulder, CO 80301

*OVERNIGHT DELIVERY*
*(Top Creditor)*
Lane Powell
1420 5th Avenue, Suite 4200
Seattle, WA 98101

*ELECTRONIC MAIL*
*(United States Trustee)*
Linda Richenderfer, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801
**Email:  Linda.Richenderfer@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to Reverence Capital Group)*
Patricia B. Tomasco, Esquire
Quinn Emanuel Urquhart & Sullivan, LLP
Pennzoil Place
711 Louisiana Street, Suite 500
Houston, TX  77002
**Email:
pattytomasco@quinnemanuel.com**

*ELECTRONIC MAIL*
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

*ELECTRONIC MAIL*
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**

*ELECTRONIC MAIL*
*(United States Attorney)*
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

*ELECTRONIC MAIL*
*(United States Attorney General)*
Merrick B. Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:
DOSDOC_Bankruptcy@state.de.us**

*ELECTRONIC MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

*ELECTRONIC MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

*ELECTRONIC MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

*ELECTRONIC MAIL*
Richard Best, Regional Director
New York Regional Office
Securities & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY  10004-2616
**Email:  bankruptcynoticeschr@sec.gov;
NYROBankruptcy@SEC.GOV**

*ELECTRONIC MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005
**Email:  efile@pbgc.gov**

*ELECTRONIC MAIL*
*(Top Creditor)*
RCP Credit Opportunities Fund Loan SPV
(FUND III), L.P.
Peter Aberg
590 Madison Avenue, Floor 29
New York, NY 10022
**Email:
Peter.aberg@reverencesapital.com**

*ELECTRONIC MAIL*
*(Top Creditor)*
RCP Customized Credit Fund (Fund IV-A),
L.P.
Peter Aberg
590 Madison Avenue, Floor 29
New York, NY 10022
**Email:
Peter.aberg@reverencesapital.com**