| Fill in this information to identify the case: | |
|---|---|
| Debtor name: AmeriFirst Financial, Inc., *et al.* | |
| United States Bankruptcy Court for the District of Delaware (State) | |
| Case number (If known): 23-11240 (TMH) | ☐ Check if this is an amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (on a Consolidated Basis) 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | RCP CREDIT OPPORTUNITIES FUND LOAN SPV (FUND III), L.P. 590 MADISON AVE. FLOOR 29 NEW YORK, NY 10022 | Theodore Samets Tel: 646-907-5604 theodore.samets@reverencecapital.com | Bond Debt (Partially Secured) | U | | | $17,900,893 |
| 2. | RCP Customized Credit Fund (Fund IV-A), L.P. 590 MADISON AVE. FLOOR 29 NEW YORK, NY 10022 | Theodore Samets Tel: 646-907-5604 theodore.samets@reverencecapital.com | Bond Debt (Partially Secured) | U | | | 5,966,964 |
| 3. | WELLS FARGO BANK, N.A. 420 MONTGOMERY ST. SAN FRANCISCO, CA 94104 | Account Manager Tel: 866-359-3997 FRPREPOINDEM@wellsfargo.com | Trade Debt | U | | | 1,086,315 |
| 4. | US BANK PO BOX 1950 ST. PAUL, MN 55101 | Account Manager Tel: 952-976-9766 CorrespondentBilling@usbank.com | Trade Debt | U | | | 463,165 |
| 5. | PARAGON MICRO INC 1711 W GREENTREE DR. TEMPE, AZ 85284 | Account Manager Tel: 800-436-7414 ar@paragonmicro.com | Trade Debt | | | | 435,476 |
| 6. | LAKEVIEW LOAN SERVICING, LLC 4425 PONCE DE LEON MS 5-251 CORAL GABLES, FL 33146 | Account Manager Tel: 855-294-8564 InvoicingTPO@bayviewloans.com | Trade Debt | U | | | 431,045 |
| 7. | FARHANG AND MEDCOFF 4201 N 24TH ST. PHOENIX, AZ 85016 | Account Manager Tel: 520-214-2000 fmbilling@farhangmedcoff.com | Professional Services | | | | 425,166 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8. | TRUIST BANK<br>214 N TRYON ST.<br>SUITE 3<br>CHARLOTTE, NC 28202 | Hannah Slaughter<br>Tel: 252-236-8377<br>hannah.slaughter@truist.com | Trade Debt | U | | | 417,538 |
| 9. | JPMCB<br>270 PARK AVE.<br>NEW YORK, NY 10017 | Account Manager<br>Tel: 312-732-2884<br>zlata.m.medica@chase.com | Trade Debt | | | | 339,942 |
| 10. | KASOWITZ BENSON TORRES LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019 | Edward Filusc<br>Tel: 212-506-1700<br>EFilusch@kasowitz.com | Professional Services | | | | 187,386 |
| 11. | CIT<br>75 N FAIR OAKS AVE.<br>SUITE C<br>PASADENA, CA 91103 | Account Manager<br>Tel: 866-345-1390<br>myaccounts@firstcitizens.com | Equipment Lease | D | | | 167,689 |
| 12. | TOTAL EXPERT<br>1600 UTICA AVE. S<br>MINNEAPOLIS, MN 55416 | Account Manager<br>accounting@totalexpert.com | Trade Debt | D | | | 166,264 |
| 13. | QUARLES & BRADY LLP<br>2 N CENTRAL AVE. #3<br>PHOENIX, AZ 85004 | Account Manager<br>Tel: 602-229-5200<br>clientpayments@quarles.com | Professional Services | | | | 142,077 |
| 14. | UNITED HEALTHCARE<br>9700 HEALTH CARE LN.<br>MINNETONKA, MN 55343 | Sharon Lohman<br>Tel: 612-383-4852<br>sharon_a_lohman@uhc.com | Employee Benefits | | | | 107,737 |
| 15. | PHOENIX ARENA DEVELOPMENT, LP<br>201 E JEFFERESON ST.<br>PHOENIX, AZ 85004 | S.Vega<br>Tel: 602-379-7503<br>svega@suns.com | Trade Debt | | | | 95,608 |
| 16. | EL CAMINO REAL BUILDING<br>209 AVENIDA DEL MAR<br>SAN CLEMENTE, CA 92672 | Carlee Gutierrez<br>gutierrez.carlee@yahoo.com | Real Property Lease | D | | | 93,000 |
| 17. | THE LAW OFFICE OF JEFF A. GEORGE, APC<br>14071 PEYTON DR. #2710<br>CHINO HILLS, CA 91709 | Jeff George<br>Tel: 714-504-6109<br>jeffgeorge@jglawyer.com | Professional Services | | | | 85,463 |
| 18. | OPTIMAL BLUE, LLC<br>5340 LEGACY DR.<br>BLDG 2<br>2ND FLOOR<br>PLANO, TX 75024 | Michelle Kersch<br>Tel: 972-781-0200<br>michelle.kersch@bkfs.com | Trade Debt | | | | 80,341 |
| 19. | DB TRUST CO. AMERICAS<br>1761 E ST ANDREW PLACE<br>SANTA ANA, CA 92705 | Account Manager<br>Tel: 904-271-2541<br>ctas.fee-billing@db.com | Trade Debt | | | | 76,530 |

DOCS_DE:244454.1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES<br>333 E OSBORN RD.<br>SUITE 100, 270, AND 300<br>PHOENIX, AZ 85012 | Lidsey McCloskey<br>Tel: 847-458-9900<br>Lindsey_McCloskey@ajg.com | Trade Debt | | | | 66,367 |
| 21 | ASSIMILATE SOLUTIONS<br>TOWER 49<br>12 E 49TH ST.<br>34TH FLOOR<br>NEW YORK, NY 10017 | Account Manager<br>Tel: 713-328-4400<br>asm-invoices@situsamc.com | Trade Debt | | | | 62,432 |
| 22 | DAMONTEK<br>3458 E NORWARD CIR.<br>MESA AZ 85213 | Account Manager<br>Tel: 602-600-6321<br>billing@damontek.com | | | | | 44,479 |
| 23 | ARIVS<br>1930 N ARBOLEDA RD<br>MESA, AZ 85213 | Account Manager<br>Tel: 480-478-0025<br>480-478-0025 | Trade Debt | | | | 44,150 |
| 24 | ACADEMY MORTGAGE CORPORATION<br>339 W 13490 SOUTH<br>DRAPER, UT 84020 | Jesse Winn<br>Tel: 801-256-5522<br>Jesse.winn@academymortgage.com | Real Property Lease | | | | 42,512 |
| 25 | EXPERIAN<br>PO BOX 841971<br>LOS ANGELES, CA 90084 | Cecilia Rojas<br>Tel: 714-830-3633<br>Cecilia.Rojas@experian.com | Trade Debt | | | | 40,677 |
| 26 | MOURIER LAND INVESTMENT CORPORATION<br>1430 BLUE OAKS BLVD.<br>SUITE 190<br>ROSEVILLE, CA 95747 | S. Louie<br>slouie@ngkf.com | Real Property Lease | D | | | 40,000 |
| 27 | CLEARCOMPANY HRM<br>200 CLARENDON ST.<br>49TH FLOOR<br>BOSTON, MA 02116 | Account Manager<br>Tel: 617-938-3801<br>billing@clearcompany.com | Trade Debt | D | | | 37,290 |
| 28 | UKG INC.<br>PO BOX 930953<br>ATLANTA, GA 31193 | Account Manager<br>Tel: 1-800-432-1729<br>accountsreceivable@ukg.com | Trade Debt | | | | 36,317 |
| 29 | BLACK KNIGHT TECHNOLOGIES<br>PO BOX 742971<br>LOS ANGELES, CA 90074 | Account Manager<br>custsvc@bkfs.com | Trade Debt | | | | 33,230 |
| 30 | MORTGAGE COACH<br>PO BOX 112<br>CORONA, CA 92878 | Account Manager<br>Tel: 1-800-951-2696<br>accounting@mortgagecoach.com | Trade Debt | D | | | 30,625 |