Phoenix 1040 LLC | 23-11239 (TMH)
AmeriFirst Financial, Inc. | 23-11240 (TMH
8.29.2023 Status Conference

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Jordan | Weber | Interested Party | O'Melveny & Myers LLP |
| Joseph | Orbach | Interested Party | |
| Sarah | Boehm | Federal Home Loan Mortgage Corporation | |
| Linda | Richenderfer | UST | |
| Stephen | Warren | Fannie Mae | O'Melveny & Myers LLP |
| Timothy | Cairns | AmeriFirst Financial, Inc. | Pachulski Stang Ziehl & Jones LLP |
| Laura Davis | Jones | AmeriFirst Financial, Inc. | Pachulski Stang Ziehl & Jones LLP |
| David | Bertenthal | AmeriFirst Financial, Inc. | Pachulski Stang Ziehl & Jones LLP |
| Mary | Caloway | AmeriFirst Financial, Inc. | Pachulski Stang Ziehl & Jones LLP |
| Regina | Kelbon | Interested Party | Blank Rome LLP |
| Scott | Avila | AmeriFirst Financial, Inc. | Paladin Management |
| Johnathan | Evans | N/A | Guaranty Solutions |
| Ryan | Nichols | Berkeley Research Group | |
| Christopher S. | Samis | RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Potter Anderson & Corroon LLP |
| Katelin A. | Morales | RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Potter Anderson & Corroon LLP |
| Mary | Schmergel | United States | U.S. Department of Justice |
| William | Firth, III | Eric Bowlby | Pashman Stein Walder Hayden, P.C. |
| Joseph | Barsalona II | Eric Bowlby | Pashman Stein Walder Hayden, P.C. |
| Joshua | Law | Eric Bowlby | Pashman Stein Walder Hayden, P.C. |
| Eric | Bowlby | Eric Bowlby | Eric Bowlby |
| Vallie | Houston | NA | FTI Consulting, Inc. |
| Maxim | Litvak | AmeriFirst Financial, Inc. | Pachulski Stang Ziehl & Jones LLP |
| Ali | Hedayatifar | Self | Kasowitz Benson Torres LLP |
| Edward | Filusch | Kasowitz Benson Torres LLP | |
| Jeff | George | The Law Office of Jeff A. George, | The Law Office of Jeff A. George, |
| Patricia | Tomasco | RCP Credit Opportunities Fund Loan SPV | Quinn Emanuel Urquhart & Sullivan |
| David | Klauder | Fannie Mae | Bielli & Klauder, LLC |
| Lauren | Huber | Interested Party | Potter Anderson & Corroon LLP |
| Brittany | Nelson | RCP Credit Opportunities Fund Loan SPV (Fund III), L.P. and RCP Customized Credit Fund (Fund-IV-A), L.P. | Quinn Emanuel Urquhart & Sullivan, LLP |
| Jennifer | Pruski | Mourier Land Investment Corporation | Trainor Fairbrook |
| Emily | Cadematori | Floify | |
| Theodore | Samets | Reverence Capital Partners | |
| Paula | Sosamon | Debtors | Paladin Mgmt. |
| Steven | Herrup | RCP | Steven |
| David | Sloane | Phoenix 1040 | |
| Jeffrey | Dane | AmeriFirst Financial | |
| Patrick | Holohan | Debtwire - Interested party | |
| Peter | Aberg | Reverence Capital | Reverence Capital Partners |