## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| PHOENIX 1040 LLC, | Case No. 23-11239 (TMH) |
| Debtor. | |

## AMENDED LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Phoenix 1040 Holdings LLC | 590 Madison Ave.<br>29th Floor<br>New York, NY 10022 | 100% |